NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DUANE E. ROBINSON,                          )
                                            )
            Appellant,                      )
                                            )
v.                                          )          Case No. 2D19-394
                                            )
STATE OF FLORIDA,                           )
                                            )
            Appellee.                       )
                                            )
_____)

Opinion filed September 4, 2020.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Nancy Moate Ley,
Judge.

Howard L. Dimmig, II, Public Defender,
and Carol J. Y. Wilson, Assistant Public
Defender, Bartow, for Appellant.


PER CURIAM.


            Affirmed.


CASANUEVA, LaROSE, and SMITH, JJ., Concur.